## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                          NO. 4:08CR00377-04 JLH

JARED SCOTT SENTELL                                                                    DEFENDANT

## ORDER

The government has filed a motion to dismiss the indictment against defendant Jared Scott Sentell. Without objection, the motion is GRANTED. Document #116. The indictment against defendant Jared Scott Sentell is hereby dismissed without prejudice.

IT IS SO ORDERED this 30th day of June, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE